UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SPANO,

    Plaintiff(s),

Case No. 04-74623

Honorable Nancy G. Edmunds

v.

DAIMLERCHRYSLER CORP.,

    Defendant(s).
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [11]**

    This matter has come before the Court on the Magistrate Judge's July 11, 2005 Report and Recommendation. Begin fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court hereby ACCEPTS and ADOPTS the Magistrate's Report and Recommendation [11] and therefore orders that Defendant's motion for summary judgment [8] is GRANTED.

    SO ORDERED.

s/NANCY G. EDMUNDS
Nancy G. Edmunds
United States District Judge

Dated:  August 3, 2005